**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION**

| | | |
|---|---|---|
| **DONALD BROUSSARD** | * | **CIVIL ACTION NO. 05-0574** |
| **VERSUS** | * | **JUDGE JAMES** |
| **THE LOUISIANA STATE POLICE,** | * | **MAGISTRATE JUDGE HAYES** |
| **TROOPER WILLIAM R. WOODARD, III,** | | |
| **AND TROOPER HARVEY BONNER** | | |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss filed by defendants (Document No. 4) be **GRANTED** as to the claims against the Louisiana State Police and against William R. Woodard and Harvey Bonner in their Official Capacities, and that the Motion to Dismiss be **DENIED** as to the claims against Woodard and Bonner in their Individual Capacities.

THUS DONE AND SIGNED this 10th day of August, 2005, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE